## GAETANO MARINO *v.* EDWARD J. PETERS ET AL.
### (13957)

Landau, Schaller and Hennessy, Js.

Argued September 20—decision released October 17, 1995

*Norman A. Pattis*, with whom, on the brief, was *John R. Williams*, for the appellant (plaintiff).

*Michael P. Del Sole*, for the appellee (named defendant).

*Christopher L. Brigham*, with whom, on the brief, was *Katherine C. Callahan*, for the appellee (defendant Anthony Polvino).

PER CURIAM. The judgment is affirmed.

## ARTHUR J. GREENWOOD *v.* PERKIN ELMER CORPORATION ET AL.
### (13596)

Landau, Heiman and Daly, Js.

Argued September 26—decision released October 17, 1995

*Kevin J. Maher*, for the appellants (defendants).

*Brendan T. Canty*, for the appellee (plaintiff).

PER CURIAM. The decision of the compensation review board is affirmed.